IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

LARRY ROBINSON,

   Defendant.

CRIMINAL FILE NO.
1:08-CR-189-9-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 175] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 122]. For the reasons set forth in the Report and Recommendation, the agents had probable cause to arrest the Defendant. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 122] is DENIED.

SO ORDERED, this 8 day of October, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge